IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| SPENCER PETERSON | NO. 02-611 |

**O R D E R**

AND NOW, this 6th day of January , 2021, upon consideration of Defendant Spencer Peterson's Motion for Relief under 18 U.S.C. §3582(c)(1)(A)(i) Claiming Extraordinary and Compelling Circumstances under the First Step Act (Doc. No. 118), the Government's Response in Opposition thereto (Doc. No. 120), Defendant's Request for Extension of Time to File a Supplemental Compassionate Release Motion (Doc. No. 121), and Defendant's Response to Government's Motion to Deny My Compassionate Release under 18 U.S.C. §3582(c)(1)(A)(i) (Doc. No. 125), it is hereby ORDERED that the Motion is GRANTED.

Mr. Peterson's term of imprisonment is hereby reduced to the time he has already served. He shall be released from the custody of the Bureau of Prisons (FCI Cumberland) within fourteen days, allowing for the verification of the Defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the Defendant's safe release.

Upon his release from custody, Mr. Peterson shall begin serving a three-year term of supervised release previously imposed by the Court and shall contact the U.S. Probation Office within 24 hours of his release and follow its instructions.

                                                BY THE COURT:

                                             s/ J. Curtis Joyner

                                            _____

                                            J. CURTIS JOYNER, J.