**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| v. | |
| SPENCER PETERSON | NO. 02-611 |

# **O R D E R**

AND NOW, this 27th day of May, 2021, upon consideration of Defendant Spencer Peterson's Motion for Relief under 18 U.S.C. § 3582(c)(1)(A)(i) Claiming Extraordinary and Compelling Circumstances under the First Step Act (Doc. No. 118), the Government's Response in Opposition thereto (Doc. No. 120), Defendant's Request for Extension of Time to File a Supplemental Compassionate Release Motion (Doc. No. 121), Defendant's Response to Government's Motion to Deny My Compassionate Release under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 125), the government's Motion for Reconsideration of the Order Granting Defendant's Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 130), Defendant's Memorandum in Support of Motion to Reduce Sentence (Doc. No. 137), the Government's Supplemental Response in Opposition to Defendant's Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 143), and the arguments made before this Court at the May 24, 2021 hearing, it is hereby

ORDERED that the Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A)(i) is DENIED.

BY THE COURT:

s/J. Curtis Joyner
_____
J. CURTIS JOYNER, J.